FILED

08/02/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0704

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0704

_____

LORI BATTAGLIA BOOTH,

     Plaintiff and Appellant,

    v.

ALEXA L. WEITZEL, f/k/a Alexa L. Ullrich, and
individually and as personal representative of the
Estate of Dona Battaglia, and Alexa L. Weitzel,
f/k/a Alexa L. Ullrich, and VIRGIL D. WEITZEL,
individually and as trustees of the Estate of
Lori Booth, and DOES I to IV,

     Defendants and Appellees.

O R D E R

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Robert B. Allison, District Judge.

     For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 2 2023